# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
|   ) | |
|   *Plaintiff*, ) | |
|   ) | |
| v. ) | Case No. 18-00491 (RBW) |
|   ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
|   ) | |
|   *Defendant*. ) | |

## JOINT STATUS REPORT

Pursuant to this Court's order entered after the status conference in this matter held on October 5, 2018, the parties respectfully submit the following joint status report:

1. At issue in this Freedom of Information Act (FOIA) lawsuit is Plaintiff Judicial Watch, Inc.'s December 12, 2017 request to Defendant, the United States Department of Justice, seeking the following records from January 1, 2015 to the present:

    a) Any and all records of communication, including but not limited to emails, text messages and instant chats, between DOJ officials in the Attorney General's Office and Fusion GPS employee or contractor Nellie H. Ohr.

    b) Any and all records of communication, including but not limited to emails, text messages and instant chats, between DOJ officials in the Attorney General's Office and Fusion GPS employee or contractor Nellie H. Ohr.

2. Defendant provided plaintiff with an informal summary of its search on October 19, 2018. The parties have conferred regarding Defendant's search and Plaintiff requested additional information about Defendant's search. The parties however, require an additional two weeks to confer whether they are able to resolve the issue surrounding the adequacy of Defendant's search.

3. Therefore, the parties respectfully request that they me permitted to submit another joint status report reflecting the progress of the case by November 14, 2018.

Respectfully submitted,

/s/*Ramona R. Cotca*
Ramona R. Cotca (D.C. Bar No. 501159)
JUDICIAL WATCH, INC.
425 Third Street S.W., Suite 800
Washington, DC 20024
(202) 646-5172
rcotca@judicialwatch.org

*Counsel for Plaintiff*

November 2, 2018

CHAD READLER
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

/s/*Michael J. Gerardi*
Michael J. Gerardi (D.C. Bar No. 1017949)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW, Room 12212
Washington, DC 20005
Tel: (202) 616-0680
Fax: (202) 616-8460
E-mail: michael.j.gerardi@usdoj.gov

*Counsel for Defendant*