# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JUDICIAL WATCH, INC., | ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | Case No. 18-00491 (RBW) |
| U.S. DEPARTMENT OF JUSTICE, | ) ) ) | |
| *Defendant*. | ) ) | |

## JOINT STATUS REPORT

Pursuant to this Court's minute order entered on November 5, 2018, the parties respectfully submit the following joint status report:

1. At issue in this Freedom of Information Act (FOIA) lawsuit is Plaintiff Judicial Watch, Inc.'s December 12, 2017 request to Defendant, the United States Department of Justice, seeking the following records from January 1, 2015 to the present:

    a) Any and all records of communication, including but not limited to emails, text messages and instant chats, between DOJ officials in the Attorney General's Office and Fusion GPS employee or contractor Nellie H. Ohr.

    b) Any and all records of communication, including but not limited to emails, text messages and instant chats, between DOJ officials in the Attorney General's Office and Fusion GPS employee or contractor Nellie H. Ohr.

2. Since the parties' last joint status report (ECF No. 16), the parties have engaged in good faith discussions whether they can resolve any of the issues that remain contested in this litigation. On November 2, 2018, Defendant provided additional information requested by Plaintiff regarding Defendant's search in this case and a technical issue surrounding email migration. The parties are still partaking in these discussions and respectfully request an additional two weeks to continue these discussions. If the parties are not able to reach an

agreement, they will provide a proposed summary judgment briefing schedule with the next joint status report.

3. Therefore, the parties respectfully request that they be permitted to submit another joint status report with a status of their discussions and recommendations for further proceedings by November 30, 2018.

| | |
|---|---|
| Respectfully submitted, | November 14, 2018 |
| /s/*Ramona R. Cotca* | CHAD READLER |
| Ramona R. Cotca (D.C. Bar No. 501159) | Principal Deputy Assistant Attorney General |
| JUDICIAL WATCH, INC. | |
| 425 Third Street S.W., Suite 800 | MARCIA BERMAN |
| Washington, DC 20024 | Assistant Branch Director |
| (202) 646-5172 | |
| rcotca@judicialwatch.org | /s/*Michael J. Gerardi* |
| | Michael J. Gerardi (D.C. Bar No. 1017949) |
| *Counsel for Plaintiff* | Trial Attorney |
| | United States Department of Justice |
| | Civil Division, Federal Programs Branch |
| | 1100 L St. NW, Room 12212 |
| | Washington, DC 20005 |
| | Tel: (202) 616-0680 |
| | Fax: (202) 616-8460 |
| | E-mail: michael.j.gerardi@usdoj.gov |
| | |
| | *Counsel for Defendant* |