UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No. 18-00491 (RBW) |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

## JOINT STATUS REPORT REGARDING SCHEDULING

Pursuant to this Court's minute order of November 15, 2018, the parties respectfully submit the following status report:

1.      At issue in this Freedom of Information Act (FOIA) lawsuit is Plaintiff Judicial Watch, Inc.'s December 21, 2017 request to Defendant, the United States Department of Justice, seeking the following records from January 1, 2015 to the present:

   a)  Any and all records of communication, including but not limited to emails, text messages and instant chats, between DOJ officials in the Attorney General's Office and Fusion GPS employee or contractor Nellie H. Ohr.

   b)  Any and all records of communication, including but not limited to emails, text messages and instant chats, between DOJ officials in the Attorney General's Office and Fusion GPS employee or contractor Nellie H. Ohr.

2.      Since the parties' last joint status report (ECF No. 17), the parties have had further discussions regarding the technical issues surrounding e-mail migration.  The parties are still partaking in these discussions and respectfully request an extension to January 8, 2019, to continue these discussions.  If the parties are not able to reach agreement, they will provide a proposed summary judgment briefing schedule with the next joint status report.

3.      Therefore, the parties respectfully request that they be permitted to submit another joint status report with a status of their discussions and recommendations for further proceedings by January 8, 2019.

Respectfully submitted,                        November 30, 2018

/s/*Ramona R. Cotca*                           CHAD READLER
Ramona R. Cotca (D.C. Bar No. 501159)          Principal Deputy Assistant Attorney General
JUDICIAL WATCH, INC.
425 Third Street S.W., Suite 800               MARCIA BERMAN
Washington, DC 20024                           Assistant Branch Director
(202) 646-5172
rcotca@judicialwatch.org                       /s/ *Michael J. Gerardi*
                                               Michael J. Gerardi (D.C. Bar No. 1017949)
*Counsel for Plaintiff*                        Trial Attorney
                                               United States Department of Justice
                                               Civil Division, Federal Programs Branch
                                               1100 L St. NW, Room 12212
                                               Washington, DC 20005
                                               Tel: (202) 616-0680
                                               Fax: (202) 616-8460
                                               E-mail: michael.j.gerardi@usdoj.gov

                                               *Counsel for Defendant*